# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CLINTON E. CREACH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0981

_____

July 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Clinton E. Creach, pro se.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.